UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN ARMSTRONG,<br><br>Plaintiff,<br><br>-v-<br><br>NEW YORK CITY DEPARTMENT OF PROBATION et al.,<br><br>Defendants. | 24-CV-6751 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's May 26, 2026 Order, ECF No. 40, the parties were required to file a joint letter, the contents of which are described therein, by August 13, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 25, 2026**. Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 18, 2026
New York, New York

JESSE M. FURMAN
United States District Judge