***LAW OFFICE OF EDWARD PICHARDO PLLC***
***11 Broadway, Suite 615***
***NEW YORK, NEW YORK 10004***
***718-514-9099***
***edp@lawofficeofedwardpichardo.com***

November 18, 2026

**VIA ECF**
Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Armstrong et al., v. City of New York et al.,
Civil Action No. 24-cv-06751 (JMF)

Dear Judge Furman:

I am the attorney for the Plaintiff, Karen Armstrong in the above-referenced action. The Plaintiff respectfully submits this letter, in accordance with Your Honor's Individual Rules and Practices in Civil Cases and on behalf of the parties, I respectfully write to request an extension of the deadline for fact discovery from November 20, 2026 to January 20, 2027 and an adjournment of the pretrial conference from December 1, 2026 to anytime on or after February 2, 2026. This is the parties' second request for an extension of the aforementioned deadline for fact discovery and the pretrial conference. Currently, the parties have a settlement conference scheduled before Magistrate Judge Gary Stein on December 10, 2026.

The requested extension is necessary because the parties have not been able to complete fact discovery within the time allotted under the previous order. So far, the parties have exchanged initial disclosures. The parties are in the process of exchanging discovery, including electronically stored information relevant to the allegations in the Complaint.

Accordingly, the parties respectfully request that the Court grant an extension of the fact discovery deadline from November 20, 2026 to January 20, 2027 and adjourn the pretrial

conference from December 1, 2026 to anytime on or after February 2, 2027. I thank the Court for consideration of this request.

Respectfully submitted,

/s/ *Edward Pichardo*

Edward Pichardo
Attorney for Plaintiffs

Cc: Karen K. Rhau (**VIA ECF**)
Assistant Corporation Counsel

Under the Federal Rules of Civil Procedure, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "A finding of good cause depends on the diligence of the moving party." Grochowski v. Phoenix Const., 318 F.3d 80, 86 (2d Cir. 2003). On top of that, when granting the parties' last request for an extension of discovery, the Court explicitly cautioned that "[f]urther extensions of the discovery deadlines" were "unlikely to be granted absent extraordinary circumstances." ECF No. 48. The parties fail to show good cause, let alone extraordinary circumstances. Accordingly, the request for another extension of the discovery deadline is DENIED. The pretrial conference previously scheduled for December 1, 2026, is hereby ADJOURNED to December 17, 2026, at 4:00 p.m. In light of that and the holidays, the deadline for any summary judgment motions or a joint pretrial order is adjourned sine die. In the event that the parties do not settle the matter before the December 17, 2026 conference, the parties should be prepared to discuss the deadline and, if appropriate, a summary judgment briefing schedule at the conference. The Clerk of Court is directed to terminate ECF No. 50.

SO ORDERED.

November 19, 2026